David C. Wakefield, Esq.   Bar #: 185736
Law Offices of David C. Wakefield
10620 Treena Street, Suite 230
San Diego, CA 92131
Telephone:  619.241.7112; Facsimile:  619.342.7755
E-mail:    dcw@DMWakeLaw.com

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB; 011 UAAAC MEMBER**<br><br>            Plaintiffs<br><br>v.<br><br>**NORTH POINT VISTAS LP; MING MANAGEMENT, INC.;** and DOES 1 THROUGH 10, Inclusive<br><br>            Defendants | Case No.: 2:17-cv-06840-PSG-E<br><br>VOLUNTARY DISMISSAL AND DISMISSAL WITHOUT PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

   IT IS HEREBY REQUESTED by the Plaintiffs UNITED AFRICAN-ASIAN ABILITIES CLUB; 011 UAAAC MEMBER and/or through his attorney of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal without prejudice of Defendants NORTH POINT VISTAS LP; MING MANAGEMENT, INC. from Plaintiff's Complaint, Case Number 2:17-cv-06840-PSG-E.  The Plaintiffs are dismissing this action without prejudice because the Defendants are small corporation and due to this lawsuit they have complied by

providing the auxiliary aid within their website.  Specifically, Defendants have added TTY/VCO/CCO/TTD numbers.  Also, they provided the California Relay Service number on their website.

    Since no Defendants shall remain in this action, Plaintiffs request that Plaintiffs' Complaint be dismissed without prejudice in its entirety.

**IT IS SO REQUESTED.**

Dated:   APRIL 6, 2018            **Law Offices of David C. Wakefield**
                                                     By: /s/DAVID C. WAKEFIELD, ESQ.
                                                     Attorney for Plaintiffs